REED R. KATHREIN (139304)
SHANA E. SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301
reed@hbsslaw.com
shanas@hbsslaw.com

STEVE W. BERMAN
ANDREW M. VOLK
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
andrew@hbsslaw.com

Counsel for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERSEPOLIS ENTERPRISE, a Michigan Corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation and UNITED PARCEL SERVICE, INC., a New York Corporation,<br><br>                              Defendants. | No. 3:07-cv-02379-JCS<br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW VOLK; [~~PROPOSED~~] ORDER<br><br>DATE ACTION FILED: May 2, 2007 |

1  Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Andrew M. Volk, an active member in
2  good standing of the bar of the State of Washington, hereby applies for admission to practice in the
3  Northern District of California on a *pro hac vice* basis representing Plaintiff Peresepolis Enterprise
4  in the above-entitled action. In support of this application, I certify on oath that:

5  1.  I am an active member in good standing of a United States Court or of the highest
6  court of another State or the District of Columbia, as indicated above;

7  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R.
8  11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with
9  the Local Rules and the Alternative Dispute Resolution programs of this Court; and

10  3.  An attorney who is a member of the bar of this Court in good standing and who
11  maintains an office within the State of California has been designated as co-counsel in the above-
12  entitled action. The name, address and telephone number of that attorney is:

>   Reed R. Kathrein (139304)
>   HAGENS BERMAN SOBOL SHAPIRO LLP
>   425 Second Street, Suite 500
>   San Francisco, CA 94107
>   Telephone: (415) 896-6300
>   Facsimile: (415) 896-6301
>   reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 20th day of May, 2007, at Seattle, Washington.

ANDREW M. VOLK

APPLICATION FOR ADMISSION *PRO HAC VICE* OF                - 1 -
ANDREW VOLK; [PROPOSED] ORDER - 3:07-cv-02379-JCS
001965-11 174522 V1

1  **[PROPOSED] ORDER**

2  The Court, having reviewed the foregoing application, hereby GRANTS the Application for

3  Admission *Pro Hac Vice* of Andrew M. Volk in this action.

4  IT IS SO ORDERED.

5  DATED: 6/12/07

6
7  HONORABLE JOSEPH C. SPERO
   UNITED STATES MAGISTRATE JUDGE