1  REED R. KATHREIN (139304)
   SHANA E. SCARLETT (217895)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   425 Second Street, Suite 500
3  San Francisco, CA 94107
   Telephone: (415) 896-6300
4  Facsimile: (415) 896-6301
   reed@hbsslaw.com
5  shanas@hbsslaw.com

6  STEVE W. BERMAN
   ANDREW M. VOLK
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
8  Seattle, WA 98101
   Telephone: (206) 623-7292
9  Facsimile: (206) 623-0594
   steve@hbsslaw.com
10 andrew@hbsslaw.com

11  Counsel for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERSEPOLIS ENTERPRISE, a Michigan Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., an Ohio Corporation and UNITED PARCEL SERVICE, INC., a New York Corporation, <br><br> Defendants. | No. 3:07-cv-02379-JCS <br><br> APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEVE W. BERMAN; [~~PROPOSED~~] ORDER <br><br> DATE ACTION FILED: May 2, 2007 |

001968-11 174629 V1

1  Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Steve W. Berman, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Persepolis Enterprise in the above-entitled action. In support of this application, I certify on oath that:

    1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

    3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 425 Second Street, Suite 500
> San Francisco, CA 94107
> Telephone: (415) 896-6300
> Facsimile: (415) 896-6301
> reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 1st day of June, 2007, at Seattle, Washington.

_____
STEVE W. BERMAN

APPLICATION FOR ADMISSION *PRO HAC VICE* OF     - 1 -
STEVE BERMAN; [PROPOSED] ORDER - 3:07-cv-02379-JCS
001968-11 174629 V1

1 | [~~PROPOSED~~] ORDER

2 | The Court, having reviewed the foregoing application, hereby GRANTS the Application for

3 | Admission *Pro Hac Vice* of Steve W. Berman in this action.

4 | IT IS SO ORDERED.

5 | DATED: 6/12/07

6 |
7 | HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE