1   PAUL T. FRIEDMAN (CA SBN 98381)
    PFriedman@mofo.com
2   ANNEMARIE C. O'SHEA (CA SBN 157988)
    AOshea@mofo.com
3   LINDSAY T. BRAUNIG (CA SBN 244125)
    LBraunig@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendants
    UNITED PARCEL SERVICE, INC. (Delaware), UNITED
8   PARCEL SERVICE, INC. (Ohio), UNITED PARCEL
    SERVICE, INC. (New York)

9
    REED R. KATHREIN (CA SBN 139304)
10  SHANA E. SCARLETT (CA SBN 217895)
    reed@hbsslaw.com
11  shanas@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
12  715 Hearst Avenue
    Berkeley, California  94710
13  Telephone: 510.725.3000
    Facsimile: 510.725.3001

14
    Attorneys for Plaintiff
15  PERSEPOLIS ENTERPRISE

16  [Additional Counsel Listed on the Signature Page]

17                  UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20

21  PERSEPOLIS ENTERPRISE, a Michigan        Case No.    C-07-2379-SC
22  corporation,
                                             **STIPULATION AND
23                  Plaintiff,               ~~[PROPOSED]~~ ORDER ON
                                             SCHEDULING MATTERS AND
24          v.                               EXTENDING CASE
                                             MANAGEMENT DEADLINES
25  UNITED PARCEL SERVICE, INC., a Delaware  PENDING RESOLUTION OF
    corporation, UNITED PARCEL SERVICE, INC.,DEFENDANTS' MOTIONS TO
26  an Ohio corporation, and UNITED PARCEL   TRANSFER, DIMISS, OR STAY**
    SERVICE, INC., a New York corporation,
27
                    Defendants.
28

Stip. & [Proposed] Order On Sched. Matters & Extending Case Management Deadlines Pending Resolution
of Defs.' Motions To Transfer, Dismiss, or Stay C-07-2379 SC

1    WHEREAS, the Defendants have filed a Motion to Transfer Venue, which was set for

2    hearing on August 3, 2007;

3    WHEREAS, Defendants intend to file by no later than Friday, July 13, 2007, a related

4    Motion to Dismiss, Transfer, or Stay Plaintiff's Case;

5    WHEREAS, the parties agree that it would be most efficient for the Court to consider and

6    resolve the Motion to Transfer Venue and the Motion to Dismiss, Transfer, or Stay Plaintiff's

7    Case (collectively, "Defendants' Motions") at the same time;

8    WHEREAS, the Court has indicated its availability to hear Defendants' Motions on

9    August 17, 2007;

10    WHEREAS, Defendants are therefore re-noticing their Motion to Transfer Venue for

11    hearing on August 17, 2007;

12    WHEREAS, the parties agree that Plaintiff's opposition to the Motion to Transfer Venue

13    will be due on July 20, 2007, and Defendants' reply will be due on August 3, 2007;

14    WHEREAS, the parties are currently required to meet and confer by no later than July 27,

15    2007; to file a joint ADR Stipulation; to make initial disclosures and file a joint Case

16    Management Statement by no later than August 10, 2007; and to attend an initial Case

17    Management Conference on August 17, 2007;

18    WHEREAS, the parties agree that, given Defendants' Motions, it would be most efficient

19    for the Court and the parties to postpone these events pending resolution of these motions;

20    IT IS HEREBY STIPULATED by and between the parties, through their attorneys of

21    record, to request that the Court order as follows

22    1.    Plaintiff's opposition to Defendants' Motion to Transfer Venue will be due on July

23    20, 2007, and Defendants' reply will be due on August 3, 2007;

24    2.    the scheduled Case Management Conference will be rescheduled, as necessary, after

25    the Court's rulings on the Defendants' Motions, which are scheduled to be heard on August 17,

26    2007; and

27    3.    the parties are relieved of the following obligations to

28    (a)    meet and confer,

1     (b)  complete initial disclosures,

2     (c)  file and serve their Case Management Statement and ADR Certification, and

3     (d)  any other such obligations tied to the Case Management Conference that are

4        imposed by the Federal Rules of Civil Procedure or the Local Rules,

5 such obligations to be rescheduled, as necessary, following the Court's decision on Defendants'

6 Motions and the rescheduling, as necessary, of the Case Management Conference.

7   IT IS SO STIPULATED.

8 Dated: July 13, 2007      PAUL T. FRIEDMAN
               ANNEMARIE C. O'SHEA
9                LINDSAY T. BRAUNIG
               MORRISON & FOERSTER LLP

10

11            By:  /s/ Paul T. Friedman
                Paul T. Friedman
12

13            Attorneys for Defendants
               UNITED PARCEL SERVICE, INC.

14 Dated: July 13, 2007      REED R. KATHREIN
               SHANA E. SCARLETT
15               HAGENS BERMAN SOBOL SHAPIRO LLP

16            Additional Counsel For Plaintiff:

17            STEVE W. BERMAN (*pro hac vice*)
               ANDREW M. VOLK (*pro hac vice*)
18               HAGENS BERMAN SOBOL SHAPIRO LLP
               1301 Fifth Avenue, Suite 2900
19               Seattle, Washington  98101
               Telephone: 206.623.7292
20               Facsimile: 206.623.05941

21

22            By:  /s/ Andrew M. Volk
                Andrew M. Volk
23

24            Attorneys for Plaintiff
               PERSEPOLIS ENTERPRISE

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

      I, Paul T. Friedman, am the ECF User whose ID and password are being used to file this Stipulation.  In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

      Dated:  July 13, 2007.           MORRISON & FOERSTER LLP

                              /s/ Paul T. Friedman

Stip. & [Proposed] Order On Sched. Matters & Extending Case Management Deadlines Pending Resolution of Defs.' Motions To Transfer, Dismiss, or Stay C-07-2379 SC

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS THEREFORE ORDERED** that

1.    Plaintiff's opposition to Defendants' Motion to Transfer Venue is due on July 20, 2007, and that Defendants' reply to Plaintiff's opposition to Defendants' Motion to Transfer Venue is due on August 3, 2007

2.    the Case Management Conference scheduled for August 17, 2007, is postponed, to be rescheduled, as necessary, after the Court's rulings on the Defendants' Motion to Transfer Venue and Motion to Dismiss, Transfer, or Stay Plaintiff's Case ("Defendants' Motions"), which are scheduled to be heard on August 17, 2007; and

3.    the parties are relieved of their presently pending obligations to

    (a)    meet and confer,

    (b)    complete initial disclosures,

    (c)    file and serve their Case Management Statement and ADR Certification, and

    (d)    any other such obligations tied to the Case Management Conference that are imposed by the Federal Rules of Civil Procedure or the Local Rules,

such obligations to be rescheduled, as necessary, following the Court's decision on Defendants' Motions and the rescheduling, as necessary, of the Case Management Conference.

Dated:  ___7/30/07_____, 2007    _____



Hon. Samuel Conti
United States District Judge

sf-2351536

Stip. & [Proposed] Order On Sched. Matters & Extending Case Management Deadlines Pending
Resolution of Defs.' Motions To Transfer, Dismiss, or Stay C-07-2379 SC

4